## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Kymberly Kahle,                                            Civil No. 07-3561 (RHK/JSM)

            Plaintiff,                                  **ORDER**

vs.

Imagine! Print Solutions, Inc., a Minnesota
corporation,

            Defendant.

_____

      The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

      **IT IS HEREBY ORDERED** that the Court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 15, 2008

                                                               s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge