## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kymberly Kahle, | Civil No.  07- 3561 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Imagine! Print Solutions, Inc., a Minnesota corporation, | |
| Defendant. | |

Based upon the Stipulation for Dismissal with Prejudice (Doc. No. 17) entered into by Plaintiff Kymberly Kahle and Defendant Imagine! Print Solutions, Inc., and upon all of the files, records and proceedings herein,

**IT IS ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorneys' fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 29, 2008

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge